MEMORANDUM OPINION




No. 04-03-00899-CV



IN RE CENTRAL MUTUAL INSURANCE COMPANY



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: December 31, 2003


PETITION FOR WRIT OF MANDAMUS DENIED

 On December 2, 2003, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 


 PER CURIAM











1. This proceeding arises out of Cause No. 2002-CI-16106, styled Esther T. Foose v. John Jacob Cox, William
Cox, and Central Mutual Insurance Company, pending in the 225th Judicial District Court, Bexar County, Texas, the
Honorable John D. Gabriel presiding.